WILLIAM H. LOCKWOOD, Respondent, *v.* HENRY HUGHES, Doing Business under the Name of HENRY HUGHES Co., Appellant.

(Submitted May 2, 1935; decided May 22, 1935.)

*Thomas A. McGrath* and *William Caverly* for appellant.

*Thomas A. Shaw* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.